**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02762-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

FELA J. FRAZIER,

    Applicant,

v.

MARK ALLISON, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

    Applicant, Fela J. Frazier, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City.  Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 but has failed either to pay the $5.00 filing fee or, in the alternative, submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  _X_    is not submitted
(2)  ___    is missing affidavit
(3)  ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  _X_    is missing certificate showing current balance in prison account
(5)  ___    is missing required financial information
(6)  ___    is missing an original signature by the prisoner
(7)  ___    is not on proper form (must use the court's current form)
(8)  ___    names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___    An original and a copy have not been received by the court. Only an original has been received.
(10) _X_    other: Motion and certificate are not necessary is Applicant pays $5.00 filing fee in advance.

**Complaint, Petition or Application**:
(11) ___    is not submitted
(12) ___    is not on proper form (must use the court's current form)
(13) ___    is missing an original signature by the prisoner
(14) ___    is missing page nos. ___
(15) ___    uses et al. instead of listing all parties in caption
(16) ___    An original and a copy have not been received by the court. Only an original has been received.
(17) ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___    names in caption do not match names in text
(19) _X_    other: Portions of the Application are illegible in violation of Local Rule 10.1 of the Local Rules of Practice for this court.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (with the assistance of his case manager or the facility's

2

legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and used those forms in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED October 23, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge